IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KASEEM ALI-X, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-4666 (JBS/JS) |
| v. | |
| GEORGE HAYMAN, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Defendants Karen Balicki, Jester, Fawcett, Abbott and Saul (collectively "Defendants") for summary judgment [Docket Item 87]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __16th__ day of **April, 2013** hereby

ORDERED that Defendants' motion for summary judgment [Docket Item 87] is GRANTED; and it is further

ORDERED that all claims against Defendants Karen Balicki, Jester, Fawcett, Abbott and Saul are hereby dismissed with prejudice.

  _s/ Jerome B. Simandle_
  JEROME B. SIMANDLE
  Chief U.S. District Judge